**Mark J. MATNEY, Plaintiff–Appellant,**

v.

**VOLUSIA COUNTY SHERIFF'S DE-PARTMENT; State of Florida, Defendants–Appellees.**

No. 02–2279.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 4, 2003.

Mark J. Matney, Appellant Pro Se.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark J. Matney appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Matney v. Volusia County Sheriff's Dep't*, No. CA–02–178–1 (W.D.Va. Oct. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*